## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 11-cv-00817-WJM-CBS

JEFFREY JASON WARREN,

    Plaintiff,

v.

THE CITY AND COUNTY OF BROOMFIELD,
THE BROOMFIELD POLICE DEPARTMENT, Acting on Behalf of the City and County of Broomfield, a Colorado Municipal Corporation,
OFFICER KERRY MCVAY,
DISPATCHER CHERLY R. WARREN,
OFFICER DAN FESSENDEN,
OFFICER LARRY OTTOSEN, and
OFFICER DALE HAMMELL, Individually and as Broomfield Police Officers and/or Employees acting on behalf of the City and County of Broomfield, and any other Broomfield Peace Officers and/or Employees presently unknown,

    Defendants.
_____

### ORDER GRANTING STIPULATED MOTION FOR DISMISSAL
_____

This matter comes before the Court on the parties' Stipulated Motion for Dismissal filed December 7, 2011 (ECF No. 17). The Court being fully advised, hereby ORDERS as follows:

The Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay their or its own costs and attorney's fees.

Dated this 8th day of December, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge